# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
2008 MAR 18 P 12: 47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA, S.J.

UNITED STATES OF AMERICA

v.

Julian CASTRO
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**08-70153** RS

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __February 16, 2008__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                         Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__3/18/08__                    at    __San Jose, California__
   Date                                  City and State

Richard Seeborg
United States Magistrate Judge        _____
Name & Title of Judicial Officer       Signature of Judicial Officer

RE:   CASTRO, Julian A92 217 810

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. CASTRO is a 39-year-old male who has used fifteen (15) aliases and two (2) dates of birth in the past.

(2) Mr. CASTRO has been assigned three (3) Alien Registration numbers of A92 217 810, A73 880 683, and A21 623 405, FBI number of 822129HA1, California Criminal Information Index number of A08645004, and a California Department of Corrections number of P10832.

(3) Mr. CASTRO is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on three (3) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| December 14, 1999 | San Ysidro, CA |
| May 3, 2002 | Nogales, AZ |
| December 15, 2004 | El Paso, TX |

(4) Mr. CASTRO last entered the United States at or near unknown location in Arizona on or after December 15, 2004, by crossing the international border without inspection subsequent to deportation.

(5) Mr. CASTRO on a date unknown, but no later than February 16, 2008, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 25, 2008, Mr. CASTRO was interviewed by Immigration Enforcement Agent (IEA) Joshua Arambulo at the Monterey County Jail, Salinas, CA, and during that interview, Mr. CASTRO was advised of his **Miranda** rights in English. Mr. CASTRO waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: CASTRO, Julian A92 217 810

(6) Mr. CASTRO was, on November 6, 1997, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of THREATEN TO COMMIT A CRIME WITH INTENT TO TERRORIZE, a felony, in violation of Section 422 of the California Penal Code, and was sentenced to three (3) years in prison.

(7) Mr. CASTRO was, on August 19, 1998, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of SEXUAL BATTERY BY RESTRAINT, an aggravated felony, in violation of Section 243.4(a) of the California Penal Code, and was sentenced to two (2) years in prison.

(8) Mr. CASTRO was, on August 8, 2001, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of FAILURE TO REGISTER AS A SEX OFFENDER, a felony, in violation of Section 290(a)(1)(a) of the California Penal Code, and was sentenced to sixteen (16) months in prison.

(9) Mr. CASTRO was, on June 5, 2003, convicted in the United States District Court, Northern District of California in San Francisco, for the offense of IMPROPER ENTRY BY AN ALIEN, First offense, Class B misdemeanor, in violation of Title 8 United States Code, Section 1325(a), and was sentenced to 6 months

(10) Mr. CASTRO was, on June 5, 2003, convicted in the United States District Court, Northern District of California in San Francisco, for the offense of IMPROPER ENTRY BY AN ALIEN, Second offense, Class E felony, in violation of Title 8 United States Code, Section 1325(a), and was sentenced to 24 months.

(11) On the basis of the above information, there is probable cause to believe that Mr. CASTRO illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 18th day of March, 2008

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE