5:08-mj-70153-RS

**FILED**

2008 AUG 18 P 2: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  JULIAN CASTRO
   Monterey County Jail
2  Booking No. 0801669
   1410 Natividad Road
3  Salinas, California 93906

4  In Propia Persona

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    (San Jose Division)   5:08-70153-RS

9  UNITED STATES OF AMERICA,         )   Mag. No. CR-08-7-153-RS
                                     )
10                                   )   DEMAND TO BE BROUGHT TO
              Plaintiff,             )   TRIAL OR FINAL DISPOSITION OF
11                                   )   PENDING COMPLAINT PURSUANT
   vs.                               )   TO THE INTERSTATE COMPACT ON
12                                   )   DETAINERS
                                     )
13 JULIAN CASTRO                     )   (Sec. 2, 18 U.S.C.A. App. 2)
                                     )
14            Defendant.             )
                                     )
15

16
   TO:   UNITED STATES OF AMERICA, PLAINTIFF JOSEPH RUSSONEILLO,
17       UNITED STATES ATTORNEY AND JEFFREY B. SCHENK,
         ASSISTANT UNITED STATES ATTORNEY, 150 ALMADEN
18       BOULEVARD SAN JOSE, CALIFORNIA 95113

19 TO:   UNITED STATES DISTRICT COURT FOR THE NORTHERN
         DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, 280 SOUTH FIRST
20       STREET, ROOM 2112, SAN JOSE, CALIFORNIA 95113.

21 TO:   THE WARDEN, Lidia Hense / North Kern County State,
         CALIFORNA STATE DEPARTMENT OF CORRECTIONS,
22       Prison, P.O. Box 4999 at Delano CALIFORNIA 93216.

23       PLEASE TAKE NOTICE that I, defendant Julian Castro, demand to be brought to trial

24 or final disposition of the charges pending against me in the above-entitled case within one

25 hundred and eighty days of delivery of this demand pursuant to Sec. 2, 18 U.S.C.A. App. 2 of

26

Julian Castro Demand Pursuant to Interstate        - 1 -
Compact on Detainers

1  the Interstate Compact on Detainers. In support of his demand, I suBmit the following
2  information:
3      1. On July 10, 2008, I entered upon a term of imprisonment of two (2) years in a penal
4  or correctional institution based upon a conviction in the Monterey County Superior Court of
5  the State of California, Salinas Division, in Case No. SS 072638A. I am in the custody of the
6  California State Department of Corrections at *North Kern County*,
7  *State prison P.O. Box 4999 Delano* California
8  *93216*. My California Department of Corrections Number is *G-28762*
9      2. There is pending against me an untried criminal complaint in the United States
10 District Court in the case entitled *United States of America vs. Julian Castro*, Mag. No. CR
11 08-70153-RS filed on March 18, 2008.
12     3. On the basis of the complaint in Mag. No. CR 08-70153-RS, referenced in
13 Paragraph 2, herein, a detainer has been lodged against me at *UNITED STATES*
14 *DISTRICT COURT FOR THE NORTHERN DISTRICT* of California
15 *SAN JOSE DIVISION, 280 SOUTH FIRST STREET, ROOM 2112 SAN JOSE*, CALIFORNIA *95113*
16     4. A certificate of *North Kern County State Prison*, the
17 appropriate official in whose custody I am serving the sentence described in Paragraph 1,
18 herein, is attached hereto that states the term of commitment under which I am being held,
19 the time already served, the time remaining to be served, the amount of good time earned, the
20 time of parole eligibility and any decision of the State of California parole agency relating to
21 me.

23 Dated: *8/4/*, 2008           Respectfully submitted,
24         *AUGUST 4, 2008*            */s/ Julian Castro*
25                                  JULIAN CASTRO
                                     In Propia Persona

Julian Castro Demand Pursuant to Interstate         - 2 -
Compact on Detainers

REC'D AUG 0 9 2008

Warden: Lidia Hense

    if you have any questions pertaining this matter please feel free to call my lawyer,

Lupe Martinez
Attorney At Law
1010 West Taylor Street
San Jose, California 95126
(408) 971-4249  Fax (408) 286-5705

I'm am also sending him the copy of my request, for ~~pro~~ his files. thank you for you're time and for your attention to this matter.

                Sincerely

                Mr. Julian Castro

p.s. I would be most gratefull if you or your office could please send me some form of proof that my request has been processed.

NORTH KERN STATE PRISON
2737 WEST CECIL AVENUE
PO BOX 567
DELANO, CA 93216-0567





7002 2030 0003 4559 8288

CERTIFIED MAIL

District of California, San Jose Division
280 South First Street Room 2112
San Jose, CA 95113

UNITED STATES POSTAGE
PITNEY BOWES
$ 05.32⁰
02 1M
0004224385   AUG 15 2008
MAILED FROM ZIPCODE 93215